JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM YOUNG, et al.,

                Plaintiffs,

          v.

GRIFFIN, et al.,

                Defendants.

Case No. 8:25-00762 MRA (ADS)

JUDGMENT

     Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: August 18, 2025

_____
HON. MONICA RAMIREZ ALMADANI
United States District Judge