UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM YOUNG and JENNIFER YOUNG,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>CRAIG GRIFFIN; et al.,<br><br>      Defendants - Appellees,<br><br>JOHN ADAMS and DOES 1-10,<br><br>      Defendants. | Nos. 25-5813, 26-3877<br><br>D.C. No.<br>8:25-cv-00762-MRA-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |

The motion to consolidate (Docket Entry No. 18 in No. 25-5813; Docket Entry No. 4 in No. 26-3877) is granted. Appeal Nos. 25-5813 and 26-3877 are consolidated. The parties must include both case numbers on all future filings.

Proceedings in this court in these consolidated appeals are stayed until the district court rules on the May 26, 2026 motion to vacate the May 11, 2026 attorneys' fees order. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994).

The clerk will send a copy of this order to the district court and the district judge.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

26-3877